
Attorneys

March 25, 2024

**VIA CM/ECF AND EMAIL**

Hon. Katherine Polk Failla, U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

BUFFALO
The Calumet Building
233 Franklin Street
Buffalo, NY 14202
p 716.853.3801
f 716.853.0265

kslnlaw.com



   Re: *Foley v. IRBsearch, LLC*
     Case No. 1: 24-cv-01303-KPF
     Our File No.:  VEL 46335

Your Honor:

I write on behalf of defendant, IRBsearch, LLC ("defendant") in the above-referenced matter to request an adjournment of time to respond to the Complaint served upon defendant on March 8, 2024. The original due date for the defendant's response was March 29, 2024. This is our first request for an adjournment of time to respond.

Upon consent of Plaintiff's counsel, we request that defendant's deadline be extend to April 19, 2024. We are in agreement that this extension will not affect any other scheduled dates in this case.

This brief extension is requested in the interest of due diligence and thorough preparation for defendant's response.

                 Respectfully requested,

                 KENNEY SHELTON LIPTAK NOWAK LLP

                 Jeffrey A. Carlino, Partner
                 *JACarlino@kslnlaw.com*

/ajc

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:    March 26, 2024          SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE