UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**KATHLEEN FOLEY**
*individually and on behalf*
*of all others similarly situated,*

        **Plaintiff,**

v.                                             CASE NO. 24-cv-1303 (KPF)

**IRBSEARCH, LLC,**

        **Defendant.**
_____/

**MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Alice J. Cunningham hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant, IRBSEARCH LLC, in the above-captioned action.

    I am in good standing of the bar of the State of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: July 12, 2024

*/s/ Alice J. Cunningham*
Alice J. Cunningham, Esq.
KENNEY SHELTON LIPTAK NOWAK LLP
The Calumet Building
233 Franklin Street
Buffalo, New York 14202
(716) 853-3801
ajcunningham@kslnlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of July, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                                     */s/ Alice J. Cunningham*
                                                                                **ALICE J. CUNNINGHAM**