**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KATHLEEN FOLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IRBSEARCH, LLC, | ) | Civil Action No. 1:24-cv-01303-KPF |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ON POINT INVESTIGATIONS LLC, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**THIRD-PARTY DEFENDANT ON POINT INVESTIGATIONS' ANSWER AND**
**AFFIRMATIVE DEFENSES TO THIRD-PARTY COMPLAINT**

Third-Party Defendant On Point Investigations LLC ("On Point"), by counsel, submits the

following Answer and Affirmative Defenses to Third-Party Plaintiff IRBSearch, LLC's ("IRB")

Third-Party Complaint ("Third-Party Complaint").  On Point denies all allegations in the Third-

Party Complaint that it does not explicitly admit.  On Point responds to the specific allegations in

the enumerated paragraphs in the Third-Party Complaint as follows:

**THE PARTIES**

1.      On Point lacks knowledge or information sufficient to form a belief about the truth

of the allegations in Paragraph 1 of the Third-Party Complaint, and therefore denies them.

2.      On Point admits the allegations in Paragraph 2 of the Third-Party Complaint.

## JURISDICTION

3.      The allegations in Paragraph 3 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

4.      The allegations in Paragraph 4 of the Third-Party Complaint state legal conclusions not requiring a response.  To the extent the allegations are contrary to law they are denied.

5.      The allegations in Paragraph 5 of the Third-Party Complaint state legal conclusions not requiring a response.  To the extent the allegations are contrary to law they are denied.

6.      The allegations in Paragraph 6 of the Third-Party Complaint state legal conclusions not requiring a response.  To the extent the allegations are contrary to law they are denied.

## PROCEDURAL HISTORY

7.      The allegations in Paragraph 7 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

8.      The allegations in Paragraph 8 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

9.      The allegations in Paragraph 9 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

10.      The allegations in Paragraph 10 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

11.     The allegations in Paragraph 11 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

12.     The allegations in Paragraph 12 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

13.     The allegations in Paragraph 13 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

14.     The allegations in Paragraph 14 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

15.     The allegations in Paragraph 15 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

16.     The allegations in Paragraph 16 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

17.     The allegations in Paragraph 17 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

316675660v1

18.     The allegations in Paragraph 18 of the Third-Party Complaint state legal conclusions not requiring a response.  To the extent the allegations are contrary to law they are denied.

### ALLEGED FACTUAL BACKGROUND

19.     The allegations in Paragraph 19 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

20.     On Point lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20 of the Third-Party Complaint, and therefore denies them.

21.     On Point lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21 of the Third-Party Complaint, and therefore denies them.

22.     On Point lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22 of the Third-Party Complaint, and therefore denies them.

23.     The allegations in Paragraph 23 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

24.     The allegations in Paragraph 24 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

25.     The allegations in Paragraph 25 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

26.     The allegations in Paragraph 26 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

27.     The allegations in Paragraph 27 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

28.     The allegations in Paragraph 28 of the Third-Party Complaint paraphrase or characterize the contents of written documents. On Point denies the allegations to the extent they are inconsistent with the documents.

29.     The allegations in Paragraph 29 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

30.     The allegations in Paragraph 30 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

31.     The allegations in Paragraph 31 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

32.     The allegations in Paragraph 32 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

316675660v1

33.     The allegations in Paragraph 33 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

34.     On Point lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34 of the Third-Party Complaint, and therefore denies them.

35.     The allegations in Paragraph 35 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

36.     The allegations in Paragraph 36 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

37.     The allegations in Paragraph 37 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

38.     The allegations in Paragraph 38 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

39.     The allegations in Paragraph 39 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

40.     The allegations in Paragraph 40 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

41.    On Point lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41 of the Third-Party Complaint, and therefore denies them.

42.    The allegations in Paragraph 42 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

43.    The allegations in Paragraph 43 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

44.    The allegations in Paragraph 44 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

45.    The allegations in Paragraph 45 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

46.    The allegations in Paragraph 46 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

47.    The allegations in Paragraph 47 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

48.    On Point lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48 of the Third-Party Complaint, and therefore denies them.

316675660v1

49.     The allegations in Paragraph 49 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

50.     The allegations in Paragraph 50 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

51.     The allegations in Paragraph 51 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

52.     The allegations in Paragraph 52 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

53.     On Point denies the allegations in Paragraph 53 of the Third-Party Complaint.

## FIRST CAUSE OF ACTION
### Breach of Contract

54.     On Point repeats its responses to the allegations contained in the foregoing paragraphs as though fully set forth herein.

55.     The allegations in Paragraph 55 of the Third-Party Complaint state legal conclusions not requiring a response.  To the extent the allegations are contrary to law they are denied.

56.     The allegations in Paragraph 56 of the Third-Party Complaint state legal conclusions not requiring a response.  To the extent the allegations are contrary to law they are denied.

57.     On Point denies the allegations in Paragraph 57 of the Third-Party Complaint.

316675660v1

58.    The allegations in Paragraph 58 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

59.    The allegations in Paragraph 59 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

60.    On Point denies the allegations in Paragraph 60 of the Third-Party Complaint.

61.    On Point denies the allegations in Paragraph 61 of the Third-Party Complaint.

## SECOND CAUSE OF ACTION
### *Contractual Indemnification and/or Contribution*

62.    On Point repeats its responses to the allegations contained in the foregoing paragraphs as though fully set forth herein.

63.    On Point denies the allegations in Paragraph 63 of the Third-Party Complaint.

64.    The allegations in Paragraph 64 of the Third-Party Complaint paraphrase or characterize the contents of a written document. On Point denies the allegations to the extent they are inconsistent with the document.

65.    On Point denies the allegations in Paragraph 65 of the Third-Party Complaint.

## THIRD CAUSE OF ACTION
### *Common Law Indemnification and/or Contribution*

66.    On Point repeats its responses to the allegations contained in the foregoing paragraphs as though fully set forth herein.

67.    On Point denies the allegations in Paragraph 67 of the Third-Party Complaint.

68.    On Point denies the allegations in Paragraph 68 of the Third-Party Complaint.

69.    On Point denies the allegations in Paragraph 69 of the Third-Party Complaint.

70.    On Point denies the allegations in Paragraph 70 of the Third-Party Complaint.

316675660v1

On Point denies that IRB is entitled to obtain any of the relief requested in the "WHEREFORE" clause of the Third-Party Complaint and its subparts and denies that IRB is entitled to obtain any relief whatsoever.

## AFFIRMATIVE AND OTHER DEFENSES

Without admitting to the truth of any of the allegations in the Third-Party Complaint that have previously been denied, and without admitting or acknowledging that On Point bears any burden of proof as to the allegations in the Third-Party Complaint, On Point asserts the following affirmative and other defenses. On Point also intends to rely upon any defenses that become available or apparent during pretrial proceedings and discovery in this action, and hereby reserves the right to amend this Answer in order to assert all such further defenses.

## FIRST DEFENSE

The Third-Party Complaint fails because it does not set forth facts sufficient to state a claim upon which relief may be granted against On Point, and further fails to state facts sufficient to entitle IRB to the relief sought, or to any other relief from On Point.

## SECOND DEFENSE

IRB's breach of contract claim fails because On Point did not breach the contract, and/or because On Point fully or substantially performed its obligations under any contract.

## THIRD DEFENSE

IRB's claims for common law indemnification or contribution fail to the extent that the applicable contract between the parties fully assigns the rights and remedies among the parties with respect to indemnification and/or contribution, and/or because IRB cannot recover under both a contractual and equitable right of indemnification.

## FOURTH DEFENSE

IRB's claims fail to the extent that IRB's purported damages, which On Point continue to deny, were not proximately caused by On Point, including because they were the result of acts or omissions of third persons over whom On Point had neither control nor responsibility, were the result of IRB's own prior conduct, or were caused by intervening causes.

## FIFTH DEFENSE

IRB's claims for equitable indemnification and contribution fail to the extent they are barred by the doctrine of laches.

## SIXTH DEFENSE

IRB's alleged damages, if any, are at least in part speculative or uncertain and, therefore, are not compensable.

## SEVENTH DEFENSE

IRB's claim for breach of contract fails to the extent it is not a proper claim under Federal Rule of Civil Procedure 14, because it is not a claim that On Point is liable to IRB for all or part of the claims against IRB.

## EIGHTH DEFENSE

IRB's claims asserted against On Point in the Third-Party Complaint fail because On Point is not liable to IRB for all or part of the claim asserted against IRB in the underlying action.

## NINTH DEFENSE

IRB's claims asserted against On Point in the Third-Party Complaint fail because IRB cannot obtain a double recovery under both contractual and equitable legal theories.

## TENTH DEFENSE

Defendant reserves the right to assert additional defenses as they become known.

## ON POINT'S PRAYER FOR RELIEF

WHEREFORE, On Point requests that this Court enter a judgment:

    (a)  Denying IRB any and all relief in this case;

    (b)  Dismissing IRB's claims in their entirety;

    (c)  Dismissing this case in its entirety with prejudice;

    (d)  Awarding On Point its costs and attorneys' fees incurred in this case; and

    (e)  Granting On Point all other relief that the Court deems just and proper.


Dated: June 30, 2025

ON POINT INVESTIGATIONS, LLC

By: _/s/ Stefanie A. Cerrone_
Stefanie A. Cerrone, Esq.
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6221
stefanie.cerrone@troutman.com

_Counsel for On Point Investigations, LLC_

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Stefanie A. Cerrone*
Stefanie A. Cerrone

13