

Craig C. Marchiando, Esq.
craig@clalegal.com

763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Phone 757.930.3660
Fax 757.930.3662

September 15, 2025

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

        **Re:**    *Kathleen Foley v. IRBSEARCH, LLC v. On Point Investigations LLC*,
                   Civil Action No. 1:24-cv-01303-KPF

<u>**Joint Letter-Motion to Adjourn Rule 16(b) Conference**</u>

Your Honor:

      My firm is Co-Counsel to Plaintiff Kathleen Foley in the above-referenced action. Pursuant to the suggestion of Your Honor's Law Clerk, the Parties have conferred and request that the Court adjourn the Rule 16(b) Conference currently scheduled for Wednesday, September 17. The Parties have submitted an agreed-upon proposed schedule for the prosecution of the case, and have no issues they wish to discuss with the Court. The Parties therefore jointly request that the Court enter the schedule they have proposed, and take the Conference off calendar.

      The Parties are available to provide any additional information the Court may need incident to this request.

                                      */s/ Craig C. Marchiando*
                                Craig C. Marchiando

                                      */s/ Alice J. Cunningham*
                                Alice J. Cunningham

                                      */s/ Noah J. DiPasquale*
                                Noah J. DiPasquale
                                *Counsel for On-Point Investigations, LLC*

Application GRANTED.

The conference scheduled for September 17, 2025, is hereby ADJOURNED *sine die*.  The Court will endorse the parties' proposed case management plan under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 46.

Dated:      September 15, 2025           SO ORDERED.
            New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE