# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)

| | New York Office: | New Jersey Office: |
|---|---|---|
| | 99 Main Street | 295 Whiteman Street. #1 |
| | Nyack, NY 10960 | Fort Lee, NJ 07024 |
| | Phone: (212) 248-7906 | Fax:    (212) 248-7908 |

June 19, 2026

Via ECF
Honorable Katherine Polk Failla, U.S.D.J.
Southern District of New York
40 Foley Square
New York, NY 10007



Re:    *Foley v. IRBsearch, LLC*, SDNY Case No. 24-CV-1303 (KPF)

Dear Judge Failla:

My office, together with co-counsel, represents the plaintiff, Kathleen Foley, in the above-referenced case. I am writing, with the consent of all parties, to request a 30-day extension of the deadline set forth in the Court's Order dated April 21, 2026 (Dkt. #59).

By that Order, the Court dismissed and discontinued this action without prejudice and directed that, within 60 days, the parties either submit their own Stipulation of Settlement and Dismissal for the Court to so order, or Plaintiff may apply by letter-motion to reopen the action in the event that the settlement is not consummated. Sixty days from the April 21, 2026 Order falls on Saturday, June 20, 2026; accordingly, under Federal Rule of Civil Procedure 6(a)(1)(C), the current deadline is Monday, June 22, 2026.

The parties have reached a settlement in principle and are presently circulating settlement documents, but they require additional time to finalize and execute those documents. The requested extension would permit the parties to complete that process and submit a Stipulation of Settlement and Dismissal, obviating the need to reopen the action.

In accordance with the Court's Individual Rules of Practice, Plaintiff notes that: (1) the current deadline is June 22, 2026; (2) this is the first request for an extension of this deadline; (3) no prior request has been made or ruled upon; and (4) all parties consent to this request.

Accordingly, the parties request that the deadline set forth in the April 21, 2026 Order be extended by 30 days, through and including July 22, 2026.

Respectfully,

/s/ *Brian L. Bromberg*
Brian L. Bromberg

cc:    All Attorneys of Record (Via ECF)

Application GRANTED.

On or before **July 22, 2026,** the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order, or, Plaintiff may apply by letter motion to reopen the action in the event that the settlement is not consummated.

The Clerk of Court is directed to terminate the pending motion at docket entry 60.

Dated:      June 22, 2026          SO ORDERED.
            New York, New York


                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE