**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)

New York Office:
99 Main Street
Nyack, NY 10960
Phone: (212) 248-7906

New Jersey Office:
295 Whiteman Street. #1
Fort Lee, NJ 07024
Fax: (212) 248-7908

July 21, 2026

Via ECF
Honorable Katherine Polk Failla, U.S.D.J.
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *Foley v. IRBsearch, LLC*, SDNY Case No. 24-CV-1303 (KPF)

Dear Judge Failla:

My office, together with co-counsel, represents the plaintiff, Kathleen Foley, in the above-referenced case. I am writing, with the consent of all parties, to request a further extension, through Monday, August 24, 2026, of the deadline set forth in the Court's Order dated June 22, 2026 (Dkt. #61).

By that Order, the Court extended the deadline to July 22, 2026 for the parties to either submit their own Stipulation of Settlement and Dismissal for the Court to so order, or for Plaintiff to apply by letter-motion to reopen the action in the event that the settlement is not consummated.

The parties are completing the remaining steps necessary to consummate the settlement and will submit their Stipulation of Settlement and Dismissal promptly upon completion. In accordance with the Court's Individual Rules of Practice, Plaintiff notes that: (1) the current deadline is July 22, 2026; (2) this is the second request for an extension of this deadline; (3) the prior request was granted and the deadline was moved from June 22 to July 22, 2026; and (4) all parties consent to this request.

Accordingly, the parties request that the deadline set forth in the June 22, 2026 Order be extended through and including Monday, August 24, 2026.

Respectfully,

/s/ *Brian L. Bromberg*
Brian L. Bromberg

cc: All Attorneys of Record (Via ECF)

Application GRANTED.

On or before **August 24, 2026**, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order, or, Plaintiff may apply by letter motion to reopen the action in the event that the settlement is not consummated.

The Clerk of Court is directed to terminate the pending motion at docket entry 62.

Dated: July 22, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE