**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)

New York Office:
99 Main Street
Nyack, NY 10960
Phone: (212) 248-7906

New Jersey Office:
295 Whiteman Street. #1
Fort Lee, NJ 07024
Fax: (212) 248-7908

August 21, 2026

Via ECF
Honorable Katherine Polk Failla, U.S.D.J.
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *Foley v. IRBsearch, LLC*, SDNY Case No. 24-CV-1303 (KPF)

Dear Judge Failla:

My office, together with co-counsel, represents the plaintiff, Kathleen Foley, in the above-referenced case. I am writing, with the consent of all parties, to request a further extension, through and including Wednesday, September 23, 2026, of the deadline set forth in the Court's Order dated June 22, 2026 (Dkt. #61), as previously extended.

By that Order, the Court extended the deadline to July 22, 2026 for the parties to either submit their own Stipulation of Settlement and Dismissal for the Court to so order, or for Plaintiff to apply by letter-motion to reopen the action in the event that the settlement is not consummated. The Court subsequently extended that deadline to August 24, 2026 (Dkt. #63).

The parties have finalized the settlement, but Plaintiff has not yet received the settlement check owed by one of the defendants. That defendant's counsel has advised that the check was mailed on Monday, August 17, 2026, but it has not yet arrived. The parties will submit their Stipulation of Dismissal promptly upon Plaintiff's receipt of the check. In accordance with the Court's Individual Rules of Practice, Plaintiff notes that: (1) the current deadline is August 24, 2026; (2) this is the third request for an extension of this deadline; (3) the prior requests were granted, and the deadline was moved from June 22 to July 22, 2026, and then from July 22 to August 24, 2026; and (4) all parties consent to this request.

Accordingly, the parties request that the deadline set forth in the June 22, 2026 Order, as previously extended, be further extended through and including Wednesday, September 23, 2026.

Respectfully,

/s/ *Brian L. Bromberg*
Brian L. Bromberg

cc: All Attorneys of Record (Via ECF)

Application GRANTED.

On or before September 23, 2026, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order, or, Plaintiff may apply by letter motion to reopen the action in the event that the settlement is not consummated.

The Clerk of Court is directed to terminate the pending motion at docket entry 65.

Dated: August 24, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE